| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br><br>☑ *Attorney for:* **35245 Pacific View LLC** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>35245 Pacific View LLC<br><br>Debtor(s). | CASE NO.: 8:26-bk-13239-MH<br>ADVERSARY NO.: ________<br>CHAPTER: 7 |
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO RBP 1007(A)(1) AND 7007.1, AND LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Terrance Hirchag on behalf of 35245 Pacific View LLC , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

________________________________________

________________________________________

________________________________________

b. ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: **10/13/2026** By: Terrance Hirchag FOR: PACIFIC VIEW LLC
Signature of Debtor, or attorney for Debtor

Name: **Terrance Hirchag on behalf of 35245 Pacific View LLC**
Printed name of Debtor, or attorney for Debtor