# 35245 PACIFIC VIEW LLC

## CONSENT AND RESOLUTION
## AUTHORIZING CHAPTER 7 BANKRUPTCY FILING

I, Terrance J. Hirchag, the Managing Member of 35245 Pacific View LLC (the "Company"), acting in that capacity, hereby adopt the following resolutions on behalf of the Company:

**WHEREAS,** after consideration of the Company's financial and legal circumstances, it has been determined that a voluntary bankruptcy filing under Chapter 7 of Title 11 of the United States Code is in the Company's best interests;

**NOW, THEREFORE, BE IT RESOLVED,** that the Company is authorized to file a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California;

**RESOLVED FURTHER,** that Terrance J. Hirchag, is authorized and directed to execute and deliver the bankruptcy petition, schedules, statements, declarations, and all other documents necessary or appropriate to commence and administer the Chapter 7 case;

**RESOLVED FURTHER,** that Terrance J. Hirchag is authorized to act for the Company in connection with the case, furnish information and records to the Chapter 7 trustee, attend required proceedings or meetings as the Company's representative, and take further actions reasonably necessary for administration of the case, subject to applicable law; and

**RESOLVED FURTHER,** that the Company is authorized to retain Benjamin Heston of Nexus Bankruptcy as its bankruptcy counsel upon the terms of the engagement agreement, and that Terrance J. Hirchag is authorized to execute necessary engagement documents on the Company's behalf.

I certify that I am authorized to adopt these resolutions on behalf of the Company, and I execute this written resolution as its Managing Member.

Terrance J Hirchag ____________________ 10-15-26 ____________

Terrance J. Hirchag - Managing Member Date