United States Bankruptcy Court
Central District of California

In re:
35245 Pacific View LLC
Debtor

Case No. 26-13239-MH
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-8 User: admin Page 1 of 2
Date Rcvd: Oct 30, 2026 Form ID: 309C Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | 35245 Pacific View LLC, 24886 Summerwind, Dana Point, CA 92629-1844 |
| 43394493 | | Dean Gazzo Roistacher LLP, 440 Stevens Ave Ste 100, Solana Beach, CA 92075-2057 |
| 43394494 | + | Gardner Family Trust, 9028 Park Forest Ct, Las Vegas, NV 89134-6192 |
| 43394495 | | Gerardo Gomez Plumbing, Inc., 4765 Gateshead Rd, Carlsbad, CA 92010-6507 |
| 43394496 | | Hugo's Custom Sheet Metal, Inc., 1108 E Chestnut Ave, Santa Ana, CA 92701-6428 |
| 43394497 | + | Kenneth Gardner, 35245 Camino Capistrano, Dana Point, CA 92624-1801 |
| 43394498 | | McLeod Law Group, APC, 1155 Camino Del Mar Suite 510, Del Mar, CA 92014-2605 |
| 43394499 | + | Mokri Vanis & Jones LLP, 19540 Jamboree Road Suite 300, Irvine, CA 92612-8452 |
| 43394500 | | Premier Glass, PO Box 7141, Dana Point, CA 92624-7141 |
| 43394501 | + | Prestige Deck Coating, Inc., 26902 Calle Real, Dana Point, CA 92624-1511 |
| 43394502 | + | South Coast Building Consultants, Inc., 24886 Summerwind, Dana Point, CA 92629-1844 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: bhestonecf@gmail.com | Oct 30 2026 17:27:00 | Benjamin Heston, Nexus Bankruptcy, 3090 Bristol Street #400, Costa Mesa, CA 92626 |
| tr | Email/Text: richard.marshack@txitrustee.com | Oct 30 2026 17:28:00 | Richard A Marshack (TR), Marshack Hays Wood LLP, 870 Roosevelt, Irvine, CA 92620 |
| smg | EDI: CALTAXFEE | Oct 30 2026 21:14:00 | California Department of Tax and Fee Administratio, Collections Support Bureau, MIC 29, PO Box 942879, Sacramento, CA 94279-0029 |
| smg | EDI: EDD.COM | Oct 30 2026 21:14:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Oct 30 2026 21:14:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

Information to identify the case:

| | |
|---|---|
| Debtor | 35245 Pacific View LLC<br>Name |
| EIN: | 81−3229981 |
| United States Bankruptcy Court | Central District of California |
| Date case filed for chapter: | 7 10/16/26 |
| Case number: | 8:26−bk−13239−MH |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline

05/24

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | 35245 Pacific View LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 24886 Summerwind<br>Dana Point, CA 92629−1844 | |
| **4. Debtor's attorney**<br>Name and address | Benjamin Heston<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626 | Contact phone 949−312−1377<br><br>Email: bhestonecf@gmail.com |
| **5. Bankruptcy trustee**<br>Name and address | Richard A Marshack (TR)<br>Marshack Hays Wood LLP<br>870 Roosevelt<br>Irvine, CA 92620 | Contact phone 949−333−7777<br><br>Email: pkraus@marshackhays.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701−4593 | Hours open:<br>9:00AM to 4:00 PM<br><br>Contact phone 855−460−9641<br><br>Dated: 10/16/26 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath by the trustee and by creditors. Creditors may attend, but are not required to do so. | **November 10, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 224 236 8893, and Passcode 7892402221, OR call 1 657 222 4213**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc. |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

2/

**For more information, see page 2 >**

| | |
|---|---|
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. |
| **11. Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701. |

**For more information, see page 1 >**